# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Ashley E. Bennefield <br> *Plaintiff* <br> v. <br> Nancy A. Berryhill, Acting Commissioner of Social Security <br> *Defendant* | ) ) ) ) ) <br> Civil Action No.: 4:16-1096-RBH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Pursuant to sentence four of 42 U.S.C. § 405(g), the Court reverses and remands the Commissioner's final decision for further administrative proceedings.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable R. Bryan Harwell, United States District Judge, adopting the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date: June 19, 2017

Robin L. Blume
*CLERK OF COURT*

s/Glenda J. Nance
*Signature of Clerk or Deputy Clerk*